UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **SCOTT E. MAYO,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 05-CV-4129-JPG |
| | ) |
| **ILLINOIS CENTRAL RAILROAD** | ) |
| **COMPANY, a corporation d/b/a CN/IC,** | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

**GILBERT, Judge:**

The Court having received a Stipulation for Dismissal signed by all counsel of record advising this Court that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

Dated:   August 15, 2006

NORBERT JAWORSKI, CLERK

s/Brenda K. Lowe
Deputy Clerk


APPROVED: s/ J. Phil Gilbert
              U. S. DISTRICT JUDGE